# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

**U.S.A. vs. David C. Jackson**                                    **Docket No.  5:13-MJ-1677-1**

## Petition for Action on Probation

COMES NOW Van R. Freeman, Jr., probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of David C. Jackson, who, upon an earlier plea of guilty to 18 U.S.C. § 13, assimilating NCGS 20-138.1, Driving While Impaired Level 2, was sentenced by the Honorable William A. Webb, U.S. Magistrate Judge, on April 9, 2014, to a 12 month term of probation under the standard conditions adopted by the court and the following additional conditions:

1.   The defendant shall obtain a substance abuse assessment from an appropriate mental health facility within thirty (30) days from the date of this judgment and complete any prescribed treatment program.  The defendant must pay the assessment fee and any added treatment fees that may be charged by the facility.

2.   It is further ordered that the defendant shall participate in any other Alcohol/Drug Rehabilitation and Education program as directed by the U.S. Probation Office.

3.   The defendant shall surrender North Carolina driver's license to the Clerk of this Court for mailing to the North Carolina Division of Motor Vehicles and not operate a motor vehicle on the highways of the State of North Carolina except in accordance with the terms and conditions of a limited driving privilege issued by the appropriate North Carolina Judicial Official.

4.   The defendant shall abstain from the use of any alcoholic beverages, shall not associate with individuals consuming alcoholic beverages, shall not frequent business establishments whose primary product to the consumer is alcoholic beverages, and shall not use any medication containing alcohol without the permission of the probation office or a prescription from a licensed physician.

5.   The defendant shall be confined in the custody of the Bureau of Prisons for a period of 10 days as directed by the probation office and shall abide by all rules and regulations of the designated facility.

On June 17, 2015, the court imposed a three-day jail sanction in response to the defendant's operating a motor vehicle on the highways of North Carolina.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has completed over half of his required DWI treatment hours. To complete the required hours he will need his probation extended for a short period. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1.      The defendant's probation shall be extended for a period of 30 days from April 8, 2015, to May 8, 2015.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

  /s/ Van R. Freeman, Jr.
Van R. Freeman, Jr.
Senior U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: (910) 483-8613
Executed On: April 6, 2015

**ORDER OF COURT**

Considered and ordered this _6th_ day of _____April_____, 2015, and ordered filed and made a part of the records in the above case.

_____
James E. Gates
U.S. Magistrate Judge